UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**MINUTES OF PROCEEDINGS**
GRAND JURY

DATE: 10/14/2026 TIME: 1:19pm to 1:27pm

PRESENT:

THE HONORABLE:

- ☐ NANCY J. KOPPE, U.S. Magistrate Judge
- ☐ BRENDA WEKSLER, U.S. Magistrate Judge
- ☐ DANIEL J. ALBREGTS, U.S. Magistrate Judge
- ☐ ELAYNA J. YOUCHAH, U.S. Magistrate Judge
- ☑ MAXIMILIANO D. COUVILLIER III, U.S. Magistrate Judge
- ☐ ____________________

COURTROOM ADMINISTRATOR:

- ☐ ARI C.
- ☐ JEFF M.
- ☐ ANGELA R.
- ☐ ELVIA G.
- ☑ TAWNEE R.
- ☐ CHANTAL T.
- ☐ ____________________

COURT RECORDER:

- ☑ NATASHA BACHMAN
- ☐ PHYLLIS ANDERSON
- ☐ ____________________

COURTROOM:

- ☑ 3A
- ☐ 3C
- ☐ 3B
- ☐ 3D

ASSISTANT UNITED STATES ATTORNEY: Courtney Strange

A roll call of the Grand Jury is taken with 20 members present, which constitutes a quorum. The foreperson of the Grand Jury presents its partial report and indictments.

On the motion of the United States Attorney,

**IT IS ORDERED** that the said report and indictment(s) be filed.

**IT IS FURTHER ORDERED** that the terms of release as to each defendant are fixed as indicated and that arrest warrants or summons be issue where indicated on the attached calendar.

## GRAND JURY CALENDAR for OCTOBER 14, 2026

**United States District Court at Las Vegas, Nevada. July 15, 2026, Term.**

FILED ENTERED RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD
OCT 14 2026
CLERK US DISTRICT COURT DISTRICT OF NEVADA
BY:

**Regular Grand Jury 26-01**

| CASE NUMBER | PARTIES | CAUSE | AGENCY | STATUS |
|---|---|---|---|---|
| 2:26-cr-00222-JAD-MDC | | | | |
| TL | SEALED<br>1 DEFENDANT | 18/1343 | FBI | WARRANT |
| 2:26-cr-00223-APG-BNW | | | | |
| CL | SEALED<br>1 DEFENDANT | 18/1951(a) | FBI | WARRANT |
| 2:26-CR-00221-RFB-BNW-1 *SEALED* | | | | |
| JB | SEALED<br>1 DEFENDANT | 18/922(g)(1)<br>and 924(a)(8) | ATF | WARRANT |
| SUPERSEDING<br>2:26-cr-0146-GMN-BNW | | | | |
| MB | LOVE MARTINO<br>And<br>JERONE STAPLES | 18/1623(a)<br>18/1622 | FBI | SUMMONS<br>WRIT<br>WARRANT |
| TRIAL DATE<br>JANUARY 25, 2027<br>A&P: 10/30/2026 at 11:00 am in 3B<br>IA/A&P: 10/27/2026 at 2:30 pm in 3B | | | | |

## GRAND JURY CALENDAR for OCTOBER 14, 2026

## United States District Court at Las Vegas, Nevada. July 15, 2026, Term.

### Regular Grand Jury 26-01

| CASE NUMBER | PARTIES | CAUSE | AGENCY | STATUS |
|---|---|---|---|---|
| 2:26-CR-00224-JAD-BNW-1 | | | | |
| DC | IAN DAVIDSON CARPENTER | 18/115(a)(1)(B)<br>18/875(c)<br>18/922(g)(2)<br>and 924(a)(8) | FBI | LOCAL<br>FEDERAL<br>CUSTODY |

IA/A&P: 10/20/2026 at 2:30 pm in 3A